IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| KAITLYN ROSE SLAUGHTER,<br><br>                Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>                Defendant. | Civil Action No.: 1:23-cv-02566-CNS<br><br>**SUMMONS RETURNED EXECUTED** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Kaitlyn Rose Slaughter has served upon Defendant LexisNexis Risk Solutions, Inc. copies of the following documents:

1) Summons;
2) Complaint;
3) Civil Cover Sheet;
4) Memorandum Returning Case to Magistrate Judge S. Kato Crews;
5) Magistrate Judge Consent Form;
6) Non-Consent to Magistrate Judge Form;
7) Order Reassigning Case to District Judge Charlotte N. Sweeney and Magistrate Judge S. Kato Crews; and
8) Order Assigning Magistrate Judge S. Kato Crews for Non-Dispositive Matters.

Attached hereto is a copy of the Affidavit of Service.

Date: October 23, 2023,                    Respectfully submitted,

                                                                           */s/ James Ristvedt*
                                                                           James Ristvedt, AZ Bar #035938
                                                                           **CONSUMER ATTORNEYS**
                                                                           8245 N. 85th Way
                                                                           Scottsdale, AZ 85258
                                                                           T: (480) 626-1956

1

2

E: jristvedt@consumerattorneys.com

*Attorneys for Plaintiff Kaitlyn Rose Slaughter*

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Irina Iakovela*
Irina Iakovleva

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

KAITLYN ROSE SLAUGHTER,

*Plaintiff(s)*

v.

LEXISNEXIS RISK SOLUTIONS, INC.,

*Defendant(s)*

Civil Action No. 1:23-cv-02566-REB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
LEXISNEXIS RISK SOLUTIONS, INC.  
c/o C T Corporation System  
289 South Culver Street  
Lawrenceville, Georgia 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Ristvedt  
CONSUMER ATTORNEYS  
8245 North 85th Way  
Scottsdale, Arizona 85258

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/2/2023



s/ E. Fogarty

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Plaintiff
**KAITLYN ROSE SLAUGHTER**

Case No. 1:23-cv-02566

Defendant
**LEXISNEXIS RISK SOLUTIONS, INC.**

## AFFIDAVIT

**COMES NOW**, CHRISTOPHER STANTON who, being duly sworn, deposes, and states under oath as follows:

I am a resident of the State of Georgia, a United States citizen, and over eighteen (18) years of age. I am not a convicted felon. I have no financial interest nor am I related to any of the parties. I am competent to give this Affidavit and hereby state that the following Affidavit is true and correct to the best of my knowledge.

Served LEXISNEXIS RISK SOLUTIONS, INC. c/o CT Corporation System on 10/16/23 at 2:30 p.m. at 289 S. Culver Street, Lawrenceville, GA 30046. Jane Richardson, W, F, 60s, 5'9, 170, brown hair, glasses accepted service for R/A as Process Coordinator

Documents: 1) Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Memorandum Returning Case to Magistrate Judge S. Kato Crews; 5) Magistrate Judge Consent Form; 6) Plaintiff's Non-Consent to Magistrate Judge Form; 7) Order Reassigning Case to District Judge Charlotte N. Sweeney and Magistrate Judge S. Kato Crews; and 8) Order Assigning Magistrate Judge S. Kato Crews for Non-Dispositive Matters.

Subscribed and sworn to before me,
This 19 day of Oct. 2023

Notary Public

Christopher Stanton