UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

KAITLYN ROSE SLAUGHTER,

    Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC.,

    Defendant.

Case No. 1:23-cv-02566-SKC

**DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant LexisNexis Risk Solutions Inc. hereby submits this Corporate Disclosure Statement:

Defendant LexisNexis Risk Solutions Inc. states that it is not a publicly owned company, nor does it own ten percent or more of the stock of any publicly owned company. LexisNexis Risk Solutions Inc. is a wholly owned subsidiary of LexisNexis Risk Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. RELX Overseas Holdings Limited is a wholly owned subsidiary of RELX (Holdings) Limited. RELX (Holdings) Limited is a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

Respectfully submitted this 2nd day of November, 2023.

                        BY: /s/ Nicole K. Serfoss
                              Nicole K. Serfoss, CO Bar #36815
                              **MORRISON & FOERSTER LLP**
                              4200 Republic Plaza
                              370 Seventeenth Street
                              Denver, CO 80202-5638
                              P: 303-592-1500
                              F: 303-592-1510
                              nserfoss@mofo.com

                              *Attorney for Defendant*
                              *LexisNexis Risk Solutions Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on November 2, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

                                                   */s/ Nicole K. Serfoss*
                                                   Nicole K. Serfoss

                                                   *Attorney for Defendant*
                                                   *LexisNexis Risk Solutions Inc.*